DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD DARQUEA,** as Homeowners Representative for
**283 HOMEOWNERS VOTING** in Favor of the Recall**,**
Appellant,

v.

**BLACK DIAMOND HOMEOWNERS ASSOCIATION, INC., FRANK,
WEINBERG & BLACK, P.L., JERRY MILORD, ELAS KAZAN,
BRIAN PAPULA,** and **TERRANCE PRUITT,**
Appellees.

No. 4D2023-2135

[June 27, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 50-2022-CA-012139-XXXX-MB.

Michael Gulisano of Gulisano Law, PLLC, Boca Raton, for appellant.

Ashley R. Tulloch of Frank, Weinberg & Black, P.L., Plantation, for appellee, Black Diamond Homeowners Association, Inc.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***